IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSE ROBERTO HERNANDEZ RUELAS,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D21-1464
LT Case No. 2019-CF-000984-A-O

Decision filed May 3, 2022

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew J. Metz, Public Defender, and
Nancy Ryan, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, COHEN and WOZNIAK, JJ., concur.